Law Office of Peter A. Fitzpatrick, (SBN182893)
1500 20th Street
San Francisco, CA 94107
(415) 920-0423
Pdfitz22@gmail.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHAVONN GRIFFIN,<br><br>        Defendant. | No. 4:13-cr-00028-CW-11<br><br>**STIPULATED REQUEST TO ALLOW DEFENDANT TO TRAVEL TO THE EASTERN DISTRICT AS PART OF HER CONDITION OF RELEASE** |

      On January 16, 2013, the defendant Shavonn Griffin was ordered not to travel outside the Northern District of California as a condition of her pretrial release. Ms. Griffin's mother resides in Stockton, California which is located outside the Northern District's borders. Ms. Griffin's mother is terminally ill and Ms. Griffin is a caregiver for her. Ms. Griffin seeks to travel to Stockton, California for these family obligations and seeks the Court's permission. The parties and Pretrial Services, with the Court's acquiescence, stipulate that Ms. Griffin may travel outside the Northern District to attend these family obligations in Stockton with Pretrial Services preapproval. Accordingly, the parties and Pretrial Services request this Court to amend Ms. Griffin's conditions of release to allow for her travel to Stockton, California with the preapproval of Pretrial Services. Respectfully submitted.

DATED: January 17, 2013                       _____/S/_____
                                                               PETER A. FITZPATRICK
                                                               Counsel for Defendant Shavonn Griffin

DATED:  January 17, 2013        _____/S/_____
                                Kevin Barry
                                Trial Attorney