United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LETITIA MONTGOMERY,<br><br>Defendant. | Case No.: CR-13-00028-CW-1 (KAW)<br><br>ORDER MODIFYING CONDITIONS OF RELEASE |

On January 29, 2013, following arraignment on the indictment, Defense counsel requested modification of Defendant Letitia Montgomery's pretrial release. Defendant was present, out of custody, and represented by David Shapiro. Assistant United States Attorney Kevin Barry represented the Government.

During the hearing, per Defendant's request and with no objection by the Government, the Court modified Defendant's conditions of pretrial release to allow her to travel between the Northern and Eastern Districts of California to visit her significant other and his family.

IT IS SO ORDERED.

DATED: February 1, 2013

KANDIS A. WESTMORE
United States Magistrate Judge

1