United States District Court
Northern District of California

United States District Court
Northern District of California

UNITED STATES OF AMERICA,

Plaintiff,

v.

NAKISHA JACKSON,

Defendant.

Case No.: CR-13-00028-CW-12 (KAW)

ORDER MODIFYING CONDITIONS OF RELEASE

On January 29, 2013, the Court held a bond hearing regarding the conditions of Defendant Nakisha Jackson's pretrial release. Defendant was present, out of custody, and represented by James Thomson. Assistant United States Attorney Kevin Barry represented the Government.

Following a post-bail study, the Court hereby modifies Defendant's conditions of pretrial release to add the following conditions as recommended by Pretrial Services and not objected to by the parties:

1. The defendant shall report to Pretrial Services as directed;
2. The defendant shall not possess any firearm, destructive device, or other dangerous weapon;
3. The defendant shall have no contact with any co-defendant outside the presence of counsel;
4. The defendant shall seek and maintain verifiable employment or commence an educational program at the direction of Pretrial Services;
5. The defendant shall not change residence without prior approval of Pretrial Services; and

///

///

1

6. The defendant shall only use and possess identification documents only in her true name.

IT IS SO ORDERED.

DATED: February 1, 2013

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge