United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TAHARA DAY,<br><br>    Defendant. | Case No.: CR-13-00028-CW-9 (KAW)<br><br>ORDER MODIFYING CONDITIONS OF RELEASE |

On January 29, 2013, the Court held a bond hearing regarding the conditions of Defendant Tahara Day's pretrial release. Defendant was present, out of custody, and represented by Patrick David Robbins. Assistant United States Attorney Kevin Barry represented the Government.

Following a post-bail study, the Court hereby modifies Defendant's conditions of pretrial release to add the following conditions as recommended by Pretrial Services and not objected to by the parties:

1. The defendant shall report to Pretrial Services as directed;
2. The defendant shall not travel outside the Northern District of California;
3. The defendant shall not apply for any passports or other travel documents;
4. The defendant shall not possess any firearm, destructive device, or other dangerous weapon;
5. The defendant shall participate in drug and/or alcohol counseling, if deemed necessary, and submit to drug and alcohol testing as directed by Pretrial Services;
6. The defendant shall maintain current employment, or if unemployed, shall seek and maintain verifiable employment or commence in an educational program as directed by Pretrial Services;

7. The defendant shall not have contact with any co-defendant outside the presence of counsel;

8. The defendant shall reside at the halfway house in San Francisco, California until a permanent residence is established; and

9. The defendant shall not change residence without prior approval of Pretrial Services.

IT IS SO ORDERED.

DATED: February 1, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge