SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
email: scott@sugarmanandcannon.com

Attorneys for Defendant
    TANISHA FULLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 13-0028 CW |
|     Plaintiff, | ) |
| v. | ) **STIPULATION AND [proposed]** |
| | ) **ORDER TO PERMIT** |
| TANISHA FULLER, | ) **DEFENDANT TANISHA** |
| | ) **FULLER TO TRAVEL TO THE** |
|     Defendant. | ) **CENTRAL DISTRICT OF** |
| | ) **CALIFORNIA** |

    Defendant Tanisha Fuller was released from custody in this action on various terms and conditions under the supervision of Pretrial Services. As a standard condition of pretrial release, the Court limited her travel to places within the Northern District of California.

    Ms. Fuller wishes to travel with her children and other family members to Disneyland from June 20, 2013 through June 25, 2013. Ms. Fuller's Pretrial Services Officer, Tim Elder, informed undersigned counsel that he has no objection to permitting Ms. Fuller to travel to the Central District of California for this purpose, so long as she informs him in advance of the dates of her travel and the place(s) where she will stay.

The parties STIPULATE that this Court may modify the conditions of Ms. Fuller's pretrial release to permit her to travel in the Northern and Central Districts of California, so long as she obtains advance approval from Pretrial Services for any travel into the Central District of California, from June 20, 2013 through June 25, 2013, only.

IT IS SO STIPULATED.

DATED: June 12, 2013                                /s/
                                                    Kevin Barry
                                                    Assistant United States Attorney


DATED: June 12, 2013                                /s/
                                                    Scott A. Sugarman
                                                    Attorney for Tanisha Fuller

SO ORDERED.

DATE: 6/11/13                                       _Kandis Westmore_____
                                                    UNITED STATES MAGISTRATE JUDGE

United States v. Montgomery, CR 13-0028 CW
Stipulation to Modify Conditions of Pretrial Release

2