David W. Shapiro (CA Bar No. 219265)
dshapiro@boerschshapiro.com
BOERSCH SHAPIRO LLP
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Telephone: (415) 500-6644

Attorney for Defendant
LETITIA MONTGOMERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LETITIA MONTGOMERY, et al.,<br><br>Defendants. | Case No. CR13-00028 CW<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT MONTGOMERY TO TRAVEL** |

Defendant LETITIA MONTGOMERY, by her counsel David W. Shapiro, and the United States Attorney, by its counsel Assistant U.S. Attorney Kevin Barry, hereby stipulate and agree that defendant Montgomery may travel out of this district to Las Vegas, Nevada, from November 26, 2013 until December 2, 2013, for vacation with her family. Ms. Montgomery advised Pretrial Services Officer Nelson Barao of her itinerary, and he does not object. Counsel for the government has no objection.

Dated: October 10, 2013

*/s/ Kevin Barry*_____
KEVIN BARRY
Assistant U.S. Attorney

*/s/ David W. Shapiro*_____
DAVID W. SHAPIRO
Attorney for Defendant Letitia Montgomery

1 **[PROPOSED] ORDER**

2 Based on the stipulation between the parties in this case, IT IS ORDERED that Defendant
3 LETITIA MONTGOMERY may travel out of this district to Las Vegas, Nevada, from November 26,
4 2013 until December 2, 2013 for vacation.

6 IT IS SO ORDERED:

8 Dated: October 10, 2013          _/s/ Kandis Westmore_
                                                  HONORABLE KANDIS A. WESTMORE
9                                                   United States Magistrate Judge