JULIANA DROUS
Attorney at Law SB#92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Facsimile: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
DEWAYNE GRANT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LETITIA MONTGOMERY et al,<br><br>　　　　Defendant. | CR 13-0028 CW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE: CONTINUANCE OF COURT**<br>**DATE** |

　　　　IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Kevin Berry and defendant DEWAYNE GRANT, by and through counsel, Juliana Drous, that the court date currently scheduled for Monday, October 21, 2013, at 9:30 a.m. before Magistrate Donna M. Ryu, may be continued because the changed time of 9:30 a.m. conflicts with other court appearances by defense counsel and the plea agreement has not been finalized, to Monday, November 18, 2013 at 2:00 p.m. for plea.

　　　　The parties stipulate that the period of time from the date of this order to November 18, 2013, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel so that defense counsel can receive

the final plea agreement and confer with her client.

DATED: October 18, 2013          /s/
                                 JULIANA DROUS
                                 Attorney for Defendant
                                 DEWAYNE GRANT


DATED: October 18, 2013          /s/
                                 KEVIN BERRY
                                 Asst. United States Attorney

1    **[PROPOSED]** **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant, the hearing for defendant DEWAYNE GRANT, currently scheduled for Monday, October 21, 2013, at 9:30 a.m. before Honorable Magistrate Donna M. Ryu, may be continued to November 18, 2013 at 2:00 p.m.

IT IS FURTHER ORDERED that the time from the date of this order to November 18, 2013, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel so that defense counsel can receive the final plea agreement and confer with her client prior to the scheduled plea date.

DATED: October 18, 2013

_____
HON. CLAUDIA WILKEN
Federal District Judge

STIPULATION AND ORDER - CONTINUANCE OF HEARING DATE