1 LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, Bar No. 78624
2 JAMES R. STEVENS, Bar No. 286646
717 Washington Street
3 Oakland, CA 94607
(510) 451-4600
4 (510) 451-3002

5 Attorneys for the Defendant
CORY BUTLER

6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )
                               ) No. CR-13-00028 CW
11     Plaintiff,               )
                               ) **STIPULATION FOR ORDER AND**
12 v.                           ) [~~PROPOSED~~] **ORDER ALLOWING**
                               ) **DEFENDANT TO TRAVEL**
13 CORY BUTLER,                 )
                               )
14                              )
       Defendant.               )
15 _____)

16

17    GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the
18 parties through their counsel that defendant, Cory Butler, may
19 travel to the house of his sister, Arnetta Butler, at 31 Bucareli
20 Drive, San Francisco, CA in the Northern District of California for
21 Thanksgiving.  Mr. Butler will leave his residence in the Eastern
22 District on November 28, 2013 after 10:30 a.m. and return no later
23 than 8:00 p.m. that same day.  Mr. Butler will be traveling with
24 Shantai Thames, who is his custodian and surety.
25    United States Pretrial Services Officers Tai Gaskins and
26 Denise Mancia have advised Mr. Butler's counsel that they do not
27 oppose Mr. Butler's travel proposed by this stipulation.
28    It is further Ordered that Mr. Butler shall communicate
with the supervising Pretrial Services Officer as directed by

Pretrial Services before, during and immediately after his travel. Mr. Butler is further ordered to provide Pretrial Services with a way to contact him during his travel.

All other terms of Mr. Butler's initial pretrial release shall remain in effect.

SO STIPULATED.

November 21, 2013
Dated

/s/
KEVIN BARRY
Assistant United States Attorney

November 20, 2013
Dated

/s/
PAUL DELANO WOLF
Attorney for Defendant
CORY BUTLER

SO ORDERED.

11/21/13
Dated

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge